# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:05-cr-0100-RLH-LRL |
| Plaintiff, | 2:06-cr-0002-RCJ-GWF |
| vs. | **O R D E R** |
| NELSON OSEMWENGIE, | (Motion for Self-Surrender at Terminal Island–#319) |
| Defendant. | |

Before the Court is Defendant Nelson Osemwengie's **Motion for Judicial Recommendation for Self-Surrender at the Federal Correctional Institution in Terminal Island** (#319, filed August 10, 2010).

The Motion must be denied. The Court has already made a recommendation that Nelson Osemwengie be permitted to serve his time at Terminal Island. But it can only make a recommendation to the Bureau of Prisons (BOP). The BOP has the ultimate and total authority to determine where he will serve. Defendant represents that a designation has not been made.

The Court also permitted Defendant Osemwengie to self-surrender (the date for the self-surrender being August 13, 2010). What Defendant appears to be trying to get the Court to do is to order that he self-surrender at Terminal Island, thus forcing the BOP's hand by the Court ordering him to surrender at Terminal Island. That the Court cannot and will not do.

/ / / /

/ / / /

IT IS THEREFORE ORDERED that Defendant Nelson Osemwengie's **Motion for Judicial Recommendation for Self-Surrender at the Federal Correctional Institution in Terminal Island** (#319) is DENIED.

Dated: August 11, 2010.

_____
**Roger L. Hunt**
**Chief United States District Judge**