```
___ FILED          ✓ RECEIVED
___ ENTERED        ___ SERVED ON
                   COUNSEL/PARTIES OF RECORD

        APR 2 4 2017

   CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:06-CR-002-RCJ-GWF |
| Plaintiff, ) | |
| vs. ) | |
| NELSON OSEMWENGIE ) | |
| Defendant. ) | |

### ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#285) on February 20, 2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: NEVADA STATE BANK
Amount of Restitution: $103,665.00

Name of Payee: NEVADA STATE BANK
Amount of Restitution: $142,600.00

Name of Payee: BANK ONE
Amount of Restitution: $6,800.00

**Total Amount of Restitution ordered:** $253,065.00**

**Joint and Several with co-defendants

Dated this _24th_ day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE