UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *



| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NELSON OSEMWENGIE ) <br> ) <br> Defendant. ) | 2:06-CR-002-RCJ-GWF |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#285) on February 20, 2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: NEVADA STATE BANK
Amount of Restitution: $103,665.00

Name of Payee: NEVADA STATE BANK
Amount of Restitution: $142,600.00

Name of Payee: BANK ONE
Amount of Restitution: $6,800.00

**Total Amount of Restitution ordered:** $253,065.00**

**Joint and Several with co-defendants

Dated this 24th day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE